|  |  |
|---|---|
| UNITED STATES DISTRICT COURT | |
| EASTERN DISTRICT OF CALIFORNIA | |
| DIANE SELLERS,<br><br>        Plaintiff,<br><br>   v.<br><br>PRIDE INDUSTRIES,<br><br>        Defendant. | No.  2:13-cv-1296 KJM DAD<br><br><br>**ORDER** |

In the Joint Status Report filed October 24, 2013, both parties agreed to consent to the jurisdiction of a United States Magistrate Judge.  *See* 28 U.S.C. § 636(c).  According to E.D. Cal. R. 305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

The undersigned has reviewed the file herein and recommends that the above-captioned case be reassigned and referred to the magistrate judge for all further proceedings and entry of final judgment.

IT IS HEREBY ORDERED that the Clerk of the Court reassign this case to the Honorable Dale A. Drozd.  The parties shall please take note that all documents hereafter filed with the Clerk of the Court shall bear case No. 2:13-CV-1296 DAD.  All currently scheduled dates presently set before Judge Mueller are hereby VACATED.

/////

1

IT IS SO ORDERED.

DATED: October 31, 2013.

_____
UNITED STATES DISTRICT JUDGE

Having also reviewed the file, I accept reference of this case for all further proceedings and entry of final judgment.

Moreover, a Status (Pretrial Scheduling) Conference is set for **Friday**, **November 22, 2013, at 10:00 a.m.** at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27 before the undersigned.  Any party may appear at the Status (Pretrial Scheduling) Conference telephonically if the party pre-arranges such appearance by contacting Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128 at least 48 hours before the Status (Pretrial Scheduling) Conference.  A land line telephone number must be provided.

**IT IS SO ORDERED.**

Dated: November 1, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.consent
sellers1296.consent.docx